# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket no. 1:14-cv-518-GZS |
| | ) | |
| UNITED STATES MARSHAL SERVICE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket no. 1:14-cv-519-GZS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER REGARDING SANCTIONS

Before the Court are several illegible documents Mr. Hurt has repeatedly sent to the Clerk's Office for filing. The Clerk's Office has returned these pleadings to Mr. Hurt as instructed to do so by my Order dated December 9, 2014. Mr. Hurt has failed to comply with my previous Order issued on December 9, 2014, to wit, his documents are not legible nor has he filed a Motion for Leave to File. A quick review of the documents shows that Mr. Hurt has made no effort to improve his filings and continues to simply mail papers to this Court that state no cognizable claim. These filings appear designed to simply waste the Court's time and resources and thereby delay the administration of justice in other cases. Further, the Clerk's Office is incurring postage costs to

return such filings to Mr. Hurt, to only have those documents reshipped to the Clerk's Office, which are subsequently returned to Mr. Hurt again. Should Mr. Hurt continue to mail documents, without a Motion for Leave to File the Clerk's Office is directed NOT to docket the documents but, rather treat them as "correspondence" and not return the documents to Mr. Hurt. The documents will then be destroyed in accordance with the record disposition schedule approved by the Judicial Conference.

      SO ORDERED.

      /s/ George Z. Singal
      United States District Judge

Dated this 12th day of August, 2015